UNITED STATES of America, Plaintiff–Appellee,

v.

Cassel DIXON, Defendant–Appellant.

No. 01–6804.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 30, 2001.

Cassel Dixon, pro se. Robert Jack Hidgon, Jr., Office of the United States Attorney, Charlotte, NC, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Cassel Dixon appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Dixon,* Nos. CR–97–7–V; CA–98–551–3 (W.D.N.C. filed Mar. 30, 2001; entered Apr. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*DISMISSED.*